**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

DAVID PARKER,                              :
                                          :
    Plaintiff,                        :
                                          :
v.                                        :          CASE NO.: 7:25-CV-151 (WLS)
                                          :
STATE FARM FIRE AND                       :
CASUALTY COMPANY,                         :
                                          :
    Defendant.                        :
_____      :

## ORDER

Before the Court is Plaintiff's Motion for Leave to File an Amended Complaint (Doc. 22), filed on February 17, 2026. Therein, Plaintiff seeks leave to file a second amended complaint, pursuant to Federal Rule of Civil Procedure 15(a)(2).[1]

Under Rule 15(a)(2), after the period in which a pleading may be amended as a matter of course, a party may amend a pleading only by leave of the Court. Fed. R. Civ. P. 15(a)(2). A court "should freely give leave when justice so requires." *Id.* The Court finds that leave to amend is appropriate here. Accordingly, Plaintiff's Motion (Doc. 22) is **GRANTED**. Plaintiff may amend his Complaint.

Because the Court has authorized the filing of Plaintiff's amendment, Defendant's first two Motions to Dismiss (Docs. 6 & 13) are **DENIED**, without prejudice, as moot. *See, e.g., Dresdner Bank AG v. M/V Olympia Voyager*, 463 F.3d 1210, 1215 (11th Cir. 2006) (holding that an amended complaint supersedes the previous pleading). Accordingly, Defendant's Request for Oral Argument (Doc. 14) on its second Motion to Dismiss is also **DENIED** as moot.

**SO ORDERED**, this 19th day of February 2026.

           **/s/ W. Louis Sands**
           **W. LOUIS SANDS, SR. JUDGE**
           **UNITED STATES DISTRICT COURT**

---

[1] The Court notes that prior to the filing of the instant Motion, the Parties filed a Stipulation (Doc. 18), wherein the Parties agreed to Plaintiff filing a second amended complaint which would be identical to his First Amended Complaint (Doc. 11), with the exception of the removal of certain requests for relief.

1